THE PEOPLE OF THE STATE OF NEW YORK, Respondent, against WARREN F. GREENHALGH, Appellant.

Argued May 26, 1941; decided June 19, 1941.

*James E. Wilkinson* for appellant.

*Fred J. Munder, District Attorney (Harry C. Brenner* of counsel), for respondent.

Judgment affirmed. We are not called upon to pass upon the construction of section 292-a of the Code of Criminal Procedure because on this record it does not appear that the indictment upon which the defendant was tried was found earlier than the indictment with a later number. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.